Entered: November 7th, 2025
Signed: November 6th, 2025
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | Case No. 24-17852 |
| ROY LEE SHOVER, JR. | * | |
| | * | CHAPTER 13 |
| Debtor | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER AUTHORIZING DEBTOR TO EMPLOY
<u>AARON GARTRELL, II AS REALTOR FOR THE DEBTOR</u>

UPON CONSIDERATION of the Amended *Application For Authority To Employ Aaron Gartrell, II As Realtor For The Debtor* (the "Application") filed by the Debtor and any response thereto / there being no response thereto, and it appearing that such employment is in the best interest of the creditors and the Estate, and that such Realtor represents no interests adverse to the Estate, it is

**ORDERED**, that the *Amended Application For Authority To Employ Aaron Gartrell, II As Realtor For The Debtor,* be and hereby is GRANTED, and it is further

**ORDERED**, that the allowance and payment of commissions shall be as described in the Application, subject to approval of this Court.

cc:

Rebecca A. Herr, Esq., Chapter 13 Trustee
Marc A. Ominsky, Esq.,  counsel for Debtor
And all Creditors

**END OF ORDER**